IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAMPTON TURNER, ) | |
| REG. NO. 18320-042, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:19-cv-534-ECM |
| ) | (WO) |
| WALTER WOODS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **OPINION and ORDER**

On February 5, 2020, the Magistrate Judge entered a Recommendation (doc. 14) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to file an amendment to his complaint as ordered by the Court.

A separate Final Judgment will be entered.

Done this 16th day of March, 2020.

                                        /s/ Emily C. Marks
                                  EMILY C. MARKS
                                  CHIEF UNITED STATES DISTRICT JUDGE